IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| RAVANNA SPENCER,           ) | | |
|    Plaintiff,           ) | | |
|             )  | Civil Action No.  06-132 ERIE | |
| V           ) | | |
|             ) | | |
| C.O. FIES, et. al.,           ) | | |
|    Defendants           ) | | |

**ORDER**

AND NOW, this 8th day of January, 2007, upon consideration of the Plaintiff's Appeal of the Magistrate Judge's Order dated December 5, 2006 (Document No. 32)

IT IS HEREBY ORDERED that said Appeal is DENIED and the Order or the Magistrate Judge dated December 5, 2006 be and hereby is AFFIRMED.

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: All counsel of record  nk