IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAVANNA SPENCER, )<br>     Plaintiff, )<br>)<br>V. )<br>)<br>C/O FIES, et al., )<br>     Defendants, ) | Civil Action No. 06-132 Erie |

ORDER

        AND NOW, this 14th day of June, 2007, the Plaintiff having filed an appeal of the Magistrate Judge's Order dated May 10, 2007,

        IT IS HEREBY ORDERED that said appeal is DENIED and the Order of the Magistrate Judge be and hereby is AFFIRMED.

        S/Sean J. McLaughlin
        Sean J. McLaughlin
        United States District Judge

cc: all parties of record.nmk