**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAVANNA SPENCER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 06-132 Erie |
| ) | |
| C/O FIES, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on June 5, 2006 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's report and recommendation, filed on August 24, 2007 [74], recommends that the Plaintiff's motion for summary judgment [37] be denied. The parties were allowed ten (10) days from the date of service to file objections. Plaintiff's objections [80] were filed on September 26, 2007.

After de novo review of the Complaint and the documents in the case, together with the Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

AND NOW, this 27th Day of September, 2007, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment [37] be and hereby is DENIED.

The report and recommendation of Chief Magistrate Judge Baxter dated August 24, 2007 [74] is adopted as the opinion of this Court.

s/ Sean J. McLaughlin
SEAN J. McLAUGHLIN
United States District Judge

cm: all parties of record
 Chief U.S. Magistrate Judge Susan Paradise Baxter