IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAVANNA SPENCER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 06-132 Erie |
| ) | |
| C/O FIES, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on June 5, 2006 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's report and recommendation, filed on October 31, 2007 [84], recommends that the Motion of Defendant Dr. Peter Longstreet to Set Aside or Open a Default [78] be granted. The parties were allowed ten (10) days from the date of service to file objections. Plaintiff's objections [86] were filed on November 28, 2007.

After de novo review of the Complaint and the documents in the case, together with the Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

AND NOW, this 7th Day of January, 2008, IT IS HEREBY ORDERED that the Motion of Defendant Dr. Peter Longstreet to Set Aside or Open a Default [78] be and hereby is GRANTED.

The report and recommendation of Chief Magistrate Judge Baxter dated October 31, 2007 [84], is adopted as the opinion of this Court.

                                              s/ Sean J. McLaughlin
                                              SEAN J. McLAUGHLIN
                                              United States District Judge

cm:    all parties of record
        Chief U.S. Magistrate Judge Susan Paradise Baxter